United States District Court
Southern District of Texas
**ENTERED**
September 17, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | NO. 4:19-cr-640 |
| | § | |
| TREVIEN THOMAS. | § | |

## ORDER

The Court has completed its *in camera* review of the documents responsive to subpoenas *duces tecum* sent to the City of Dallas and the Texas Department of Family and Protective Services seeking records relating to the alleged victim in this case (the "Subpoenaed Records"). The Court has redacted from the Subpoenaed Records certain confidential information as required by law. It is therefore

**ORDERED** that the City of Dallas and the Texas Department of Family and Protective Services shall coordinate with the alleged victim to find a mutually acceptable date and time for her to review redacted copies the Subpoenaed Records pursuant to the Court's August 10, 2020 Order [Doc. # 51]. The review must take place no later than **October 7, 2020**.

SIGNED at Houston, Texas, this 17th day of **September, 2020.**

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE